# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| LARRY SHAW,<br><br>*Plaintiff*<br>v.<br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:17-CV-3026-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment, ECF No. 12, is GRANTED. Defendant's Motion for Summary Judgment, ECF No. 13, is DENIED. Judgment is entered for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian on a motion for summary judgment ECF Nos. 12 and 13.

Date: October 3, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Virginia Reisenauer
*(By) Deputy Clerk*

Virginia Reisenauer